THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLARENCE ROBERTS, a/k/a WILLIAM ROBERTS, Defendant-Appellant.

(Nos. 58122-27 cons.; )

First District (2nd Division)—July 10, 1973.

PER CURIAM.
LEIGHTON, J., took no part.

No brief filed for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of Counsel,) for the People.